JACQUELINE MERTZ
Law Office of Jacqueline Mertz
4096 Piedmont Ave #117
Oakland, CA 94611
Telephone: (510) 530-8256
Facsimile:  (510) 530-8256

Attorney for Plaintiff-Intervenor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Case No.: C-08-4552 CW |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE MEDIATION AND ORDER** |
| and | |
| **BOWEN DEAN BLACK SWAN,** | |
| Plaintiff-Intervenor | |
| vs. | |
| **DUDLEY PERKINS COMPANY,** | |
| Defendant | |

   WHEREAS the Court's Case Management Order requires the parties to complete Mediation in the above captioned matter by June 17, 2009; and

   WHEREAS the parties, after having scheduled the mediation for June 11th, had to postpone that date due to unforeseen scheduling conflicts; and

   WHEREAS the parties have consulted the court-appointed mediator and he has agreed to the rescheduling of the mediation to the date and time set forth below;

   THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate to reschedule said Mediation to take place on July 14th at 10:00 a.m. at the Mediator's office.

JOINT STIPULATION TO CONTINUE MEDIATION - 1

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | Dated: June 2, 2009 |
| 2 | LOMBARDI, LOPER & CONANT, LLP | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 3 | | |
| 4 | By: /s/ Gaylynn Kirn Conant,                   . <br>     GAYLYNN KIRN CONANT, ESQ. | By:  /s/ Cindy O'Hara, Esq.                      . <br>     CINDY O'HARA, ESQ., |
| 5 |      Attorney for Defendant, <br>     Dudley Perkins Company, Inc. |      Attorney for Plaintiff, <br>     Equal Opportunity Employment Commission |
| 6 | | |
| 7 | | |
| 8 | Dated: June 2, 2009 | |
| 9 | | |
| 10 | LAW OFFICE OF JACQUELINE MERTZ | |
| 11 | By: /s/ Jacqueline Mertz                      . <br>     JACQUELINE MERTZ, | |
| 12 |      Attorney for Plaintiff-Intervenor <br>     Bowen Dean Black Swan | |

|   |   |
|---|---|
| 1 | **ORDER ON JOINT STIPULATION TO CONTINUE MEDIATION** |
| 2 | It is so ordered.  Mediation shall be completed on or before July 14, 2009. |
| 3 | 6/4/09 |
| 4 | Date: _____         _____ |
| 5 | HON. CLAUDIA WILKEN |
|   | Judge of the United States District Court |