```
1  JACQUELINE MERTZ (SBN: 243499)
   Law Office of Jacqueline Mertz
2  4096 Piedmont Ave #117
3  Oakland, CA 94611
   Telephone: (510) 530-8256
4   Facsimile:  (510) 530-8256
5
6  Attorney for Plaintiff-Intervenor
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 EQUAL EMPLOYMENT OPPORTUNITY )  Case No.:  C-08-4552 CW
                                )
12 COMMISSION,                  )
                                )  PLAINTIFF-INTERVENORS'S
13           Plaintiff,         )  SUBSTIUTION OF ATTORNEY AND
                                )  ORDER ~~THEREON~~ DENYING
14 and                          )  WITHOUT PREJUDICE
                                )
15 BOWEN DEAN BLACK SWAN,       )
                                )
16      Plaintiff-Intervenor    )
                                )
17 vs.                          )  Complaint Filed: September 30, 2008
                                )  Trial Date: July 26, 2010
18 DUDLEY PERKINS COMPANY,      )
                                )
19      Defendant               )
                                )
20                              )
                                )
21
22 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
23   Plaintiff-Intervenor, BOWEN DEAN BLACK SWAN, hereby substitutes herself in Pro Per
24 as attorney of record herein place and stead of Jacqueline Mertz, Esq.  Plaintiff-Intervenor's
25 mailing address is
26 P. O. Box 7483, Hilo, HI  96720
27    I consent to this substitution.
28 DATED: 9/9/9                          By: /s/ Bowen Black Swan
29                                           Bowen Dean Black Swan
                                             Plaintiff-Intervenor
30
```

USDC, ND, Case No: C-08-4552 CW

STIPULATION RE SUBSTITUTION OF PLAINTIFF INTERVENOR'S COUNSEL AND ORDER ~~THEREON~~ - 1

I, Jacqueline Mertz, consent to substitute out.

DATED: 9/14/2009

By: _/s/ Jacqueline Mertz_____
Jacqueline Mertz, Esq.
Former Attorney for Plaintiff-Intervenor Bowen Dean Black Swan

Pursuant to good cause being shown, the court hereby ~~approves~~ of the foregoing substitution of Plaintiff-Intervenor's counsel of record.

see below: disapproves without prejudice to refiling as an administrative motion under LR 7-11 with notice to all parties with an opportunity to respond.

DATED: September 17, 2009

By: _/s/ Claudia Wilken_____
The Honorable Claudia Wilken
Judge of the United States District Court for the Northern District of California

## PROOF OF SERVICE BY MAIL

I, the undersigned, am a citizen of the United States, over the age of eighteen (18) and not a party to the within cause or proceeding; my business address is 4096 Piedmont Ave #117, Oakland, CA 94611. On September 16, 2009, I served the **within PLAINTIFF-INTERVENOR'S SUBSTITUTION OF ATTORNEY AND ORDER THEREON** in said action along with a copy of the ECF handout by placing a true copy thereof enclosed in a sealed envelope thereon fully prepaid, in the United States mail at Oakland, Alameda County, California, addressed as follows:

Bowen Dean Black Swan

P.O. Box 7483

Hilo, HI 96720

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 16, 2009, in Oakland, California.

/s/ Jacqueline Mertz

Jacqueline Mertz, Esq.