1  WILLIAM R. TAMAYO (CA Bar No. 084965)
   DAVID OFFEN-BROWN (CA Bar No. 063321)
2  CINDY O'HARA (CA Bar No. 114555)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105
   Telephone No. (415) 625-5653
5  Facsimile No. (415) 625-5657

6  Attorneys for Plaintiff
   Equal Employment Opportunity Commission
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. C-08-4552-CW |
| Plaintiff, | **STIPULATION AND JOINT REQUEST TO CONTINUE DISCOVERY CUT OFF AND TRIAL DATES;** |
| and | **ORDER** |
| **BOWEN DEAN BLACK SWAN,** | |
| Plaintiff-Intervenor, | |
| v. | |
| **DUDLEY PERKINS COMPANY,** | |
| Defendant. | |

Whereas counsel for Plaintiff Bowen Dean Black Swan submitted a stipulation to withdrew from representation of Plaintiff Black Swan and substitute Plaintiff Black Swan in pro per on September 16, 2009, and

Whereas the Court granted said substitution of attorney on October 20, 2009, and Plaintiff Black Swan is now proceeding on her complaint in intervention in pro per; and

Whereas the parties engaged in protracted meet and confer to resolve issues concerning production of documents to Plaintiffs EEOC's April 3, 2009, and, although those issues were resolved without resort to Court intervention, the contested documents were produced on

**STIPULATION AND JOINT REQUEST TO CONTINUE DISCOVERY CUT OFF AND TRIAL DATES; ORDER**
Page 1

November 23, 2009; and

Whereas there is a dispute as to Defendant Dudley Perkins Company's designation of expert witness, which has been referred to a discovery magistrate; and

Whereas counsel for Defendant Dudley Perkins Company has trial in another matter scheduled to begin January 26, 2010; and

Whereas the current discovery cutoff date in this matter is set for February 5, 2010, with jury trial set for July 26, 2010, and

Whereas the parties to this matter hereby agree and stipulate that due to the above factors that more time is needed to complete discovery and prepare for trial,

The parties to this matter hereby stipulate and request that a three month continuance be granted in this matter, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Completion of Fact and Expert Discovery | February 5, 2010 | May 5, 2010 |
| Dispositive motions to be heard by | April 8, 2010 | July 15, 2010 |
| Final Pretrial Conference | July 13, 2010 | October 12, 2010 |
| Jury Trial | July 26, 2010 | October 25, 2010 |

**E-filing Concurrence:** I, Cindy O'Hara, certify that I have obtained the concurrence of Plaintiff Black Swan In Pro Per and GayLynn Kirn Conant for Defendant Dudley Perkins Company for the filing of this stipulation.

Dated: January 7, 2010           Dated: January 7, 2010           Dated: January 7, 2010

Equal Employment                 In Pro Per                       Lombardi, Loper & Conant
Opportunity Commission

  /S/   Cindy O'Hara              /S/  Bowen D. Black Swan         /S/ GayLynn Kirn Conant
For Plaintiff EEOC               For Plaintiff Black Swan         For Defendant Dudley Perkins Company

**ORDER**

IT IS SO ORDERED.

Dated: 1/12/10

_____
U.S. District Court Judge

**STIPULATION AND JOINT REQUEST TO CONTINUE DISCOVERY CUT OFF AND TRIAL DATES; ORDER**
Page 2