1  WILLIAM R. TAMAYO (CA Bar No. 084965)
   DAVID OFFEN-BROWN (CA Bar No. 063321)
2  CINDY O'HARA (CA Bar No. 114555)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105
   Telephone No. (415) 625-5653
5  Facsimile No. (415) 625-5657

6  Attorneys for Plaintiff
   Equal Employment Opportunity Commission
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 **EQUAL EMPLOYMENT OPPORTUNITY**           )   Civil Action No.  C-08-4552-CW
   **COMMISSION,**                            )
12                                            )   **STIPULATION AND JOINT REQUEST**
                Plaintiff,                    )   **TO CONTINUE DISCOVERY CUT**
13                                            )   **OFF AND TRIAL DATES**;
   and                                        )   **ORDER**
14                                            )
   **BOWEN DEAN BLACK SWAN,**                 )
15                                            )
                Plaintiff-Intervenor,         )
16                                            )
   v.                                         )
17                                            )
                                              )
18 **DUDLEY PERKINS COMPANY,**                )
                                              )
19              Defendant.                    )
   _____    )
20                                            )

21         Whereas counsel for Plaintiff Bowen Dean Black Swan submitted a stipulation to

22 withdrew from representation of Plaintiff Black Swan and substitute Plaintiff Black Swan in pro

23 per on September 16, 2009, and

24         Whereas the Court granted said substitution of attorney on October 20, 2009, and

25 Plaintiff Black Swan is now proceeding on her complaint in intervention in pro per; and

26         Whereas the parties engaged in protracted meet and confer to resolve issues concerning

27 production of documents to Plaintiffs EEOC's April 3, 2009, and, although those issues were

28 resolved without resort to Court intervention, the contested documents were produced on

**STIPULATION AND JOINT REQUEST TO CONTINUE DISCOVERY CUT OFF AND TRIAL DATES; ORDER**
Page 1

1  November 23, 2009; and

2  Whereas there is a dispute as to Defendant Dudley Perkins Company's designation of

3  expert witness, which has been referred to a discovery magistrate; and

4  Whereas counsel for Defendant Dudley Perkins Company has trial in another matter

5  scheduled to begin January 26, 2010; and

6  Whereas the current discovery cutoff date in this matter is set for February 5, 2010, with

7  jury trial set for July 26, 2010, and

8  Whereas the parties to this matter hereby agree and stipulate that due to the above factors

9  that more time is needed to complete discovery and prepare for trial,

10  The parties to this matter hereby stipulate and request that a three month continuance be

11  granted in this matter, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Completion of Fact and Expert Discovery | February 5, 2010 | May 5, 2010 |
| Dispositive motions to be heard by | April 8, 2010 | July 15, 2010 |
| Final Pretrial Conference | July 13, 2010 | October 12, 2010 |
| Jury Trial | July 26, 2010 | October 25, 2010 |

**E-filing Concurrence:** I, Cindy O'Hara, certify that I have obtained the concurrence of Plaintiff Black Swan In Pro Per and GayLynn Kirn Conant for Defendant Dudley Perkins Company for the filing of this stipulation.

Dated: January 7, 2010          Dated: January 7, 2010          Dated: January 7, 2010

Equal Employment               In Pro Per                      Lombardi, Loper & Conant
Opportunity Commission

  /S/   Cindy O'Hara              /S/  Bowen D. Black Swan         /S/ GayLynn Kirn Conant
For Plaintiff EEOC              For Plaintiff Black Swan        For Defendant Dudley Perkins
                                                                Company

**ORDER**

IT IS SO ORDERED.

Dated: 1/12/10

_Claudia Wilken_

U.S. District Court Judge

STIPULATION AND JOINT REQUEST TO CONTINUE DISCOVERY CUT OFF AND TRIAL DATES; ORDER
Page 2