WILLIAM R. TAMAYO (CA Bar No. 084965)
JONATHAN T. PECK (VA Bar No. 12303)
DAVID F. OFFEN-BROWN (CA Bar No. 063321)
CINDY O'HARA (CA Bar No. 114555)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260
Telephone:  (415) 625-5653
Facsimile: (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**       ) | Civil Action No. C08-4552-EDL |
| Plaintiff,       ) | **STIPULATION AND ~~[PROPOSED]~~ ORDER RESETTING HEARING ON PLAINTIFF'S MOTION TO STRIKE DESIGNATION OF EXPERT WITNESS FROM MARCH 10 TO MARCH 17, 2010** |
| v.       ) | |
| **DUDLEY PERKINS COMPANY,**       ) | |
| Defendant.       ) | |

**TO:    The Court and all Parties to the Instant Action**

Plaintiff's Motion to strike designation of expert witness was set for hearing on March 10, 2010.  Docket 52.  To accommodate plaintiff's counsel's previous commitments, the parties have agreed to postpone this hearing, and request that this hearing be rescheduled to March 17, 2010 if the Court's schedule so allows.

So stipulated.

Dated: February 19, 2010          EQUAL EMPLOYMENT OPPORTUNITY
                                                      COMMISSION

                                                      By:   /S/ David F. Offen-Brown

                                                      Attorneys for Plaintiff EEOC

1   Dated: February 19, 2010          LOMBARDI LOPER & CONANT

2

3

                                      By:  /S/ GayLynn Kirn Conant
4                                         GAYLYNN KIRN CONANT

5                                     Attorneys for Defendant

6                                          ORDER

7        The hearing on the above-referenced motion will be heard on March 17, 2010.

8   Dated: February  25      , 2010

9

10

11   _____
                                       Magistrate Judge James Larson
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28