WILLIAM R. TAMAYO (CA Bar No. 084965)
JONATHAN T. PECK (VA Bar No. 12303)
DAVID F. OFFEN-BROWN (CA Bar No. 063321)
CINDY O'HARA (CA Bar No. 114555)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5653
Facsimile: (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **DUDLEY PERKINS COMPANY,** <br><br> Defendant. | Civil Action No. C08-4552-EDL <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON PLAINTIFF'S MOTION TO STRIKE DESIGNATION OF EXPERT WITNESS FROM MARCH 10 TO MARCH 17, 2010** |

**TO:  The Court and all Parties to the Instant Action**

Plaintiff's Motion to strike designation of expert witness was set for hearing on March 10, 2010. Docket 52. To accommodate plaintiff's counsel's previous commitments, the parties have agreed to postpone this hearing, and request that this hearing be rescheduled to March 17, 2010 if the Court's schedule so allows.

So stipulated.


Dated: February 19, 2010          EQUAL EMPLOYMENT OPPORTUNITY
                                  COMMISSION



                                  By:  /S/ David F. Offen-Brown
                                  Attorneys for Plaintiff EEOC


STIPULATION TO RESET HEARING                                              Page 1

1 | Dated: February 19, 2010           LOMBARDI LOPER & CONANT

By: /S/ GayLynn Kirn Conant
      GAYLYNN KIRN CONANT

Attorneys for Defendant

ORDER

The hearing on the above-referenced motion will be heard on March 17, 2010.

Dated: February __25____, 2010

_____
Magistrate Judge James Larson

STIPULATION TO RESET HEARING                                                    Page 2