WILLIAM R. TAMAYO (CA Bar No. 084965)
JONATHAN PECK (VA Bar No. 12303)
DAVID OFFEN-BROWN (CA Bar No. 063321)
CINDY O'HARA (CA Bar No. 114555)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5653
Facsimile No. (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>and<br><br>**BOWEN DEAN BLACK SWAN,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**DUDLEY PERKINS COMPANY,**<br><br>Defendant. | Civil Action No. C-08-4552-CW<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE DISCOVERY CUT OFF; ORDER** |

    The parties to this case, through their counsel of record, hereby stipulate and request that the date for completion of discovery in this matter be continued three weeks from May 5, 2010, to May 26, 2010. The parties jointly make this request on the following basis:

    The parties had four depositions noticed for the week of April 19, 2010. However, on the afternoon of April 16, 2010, the parties revived their settlement negotiations, and are hopeful that the case will resolve with a settlement. Since Plaintiff Intervenor Black Swan now resides in Hawaii, the parties have determined that at this point it would be prudent and cost effective to continue settlement negotiations during the week of April 19, 2010, rather than incur the expense

of the depositions, and, in the case of Plaintiff EEOC and Plaintiff Intervenor, the additional expense of Plaintiff Intervenor traveling from Hawaii to San Francisco for her deposition.

The parties are requesting that the discovery cut-off date be extended to May 26, 2010 because the week of May 17, 2010 is the first week that all parties and their counsel are available to complete the depositions.

There has been one prior continuance of the discovery cutoff date in this matter.

**E-filing Concurrence:** I, Cindy O'Hara, certify that I have obtained the concurrence of Plaintiff Black Swan In Pro Per and GayLynn Kirn Conant for Defendant Dudley Perkins Company for the filing of this stipulation.

| Dated: April 19, 2010 | Dated: April 19, 2010 | Dated: April 19, 2010 |
|---|---|---|
| Equal Employment Opportunity Commission | In Pro Per | Lombardi, Loper & Conant |
| /S/   Cindy O'Hara<br>For Plaintiff EEOC | /S/  Bowen D. Black Swan<br>For Plaintiff Black Swan | /S/ GayLynn Kirn Conant<br>For Defendant Dudley Perkins Company |

**ORDER**

IT IS SO ORDERED.

Dated: April 23, 2010

_____
U.S. District Court Judge